UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

MICHELE COLELLA AND DENISE DUSSAULT,

       Plaintiffs,

    -against-

THE REPUBLIC OF ARGENTINA and CERTAIN LANDING
RIGHTS, CURRENCY, AIRPLANES AND OTHER
ASSETS IN LOCATED AT JOHN F. KENNEDY
INTERNATIONAL AIRPORT OWNED BY AEROLINEAS
ARGENTINA,

       Defendant.

--------------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 1 9 2019   ★

BROOKLYN OFFICE

Civil Action No.
19 MISC. 2018 3

ORDER TO SHOW
CAUSE

Upon the certification of Saul Roffe, Esq., sworn to on September 17, 2019, the

Complaint and the Memorandum of Law attached hereto, it his hereby,

**ORDERED,**

That the Republic of Argentina show cause before this Court at Room GF, at the United

States Courthouse for the United States District Court, Eastern District of New York, 225

Cadman Plaza East, Brooklyn, NY 11201 on the 2nd day of October, 2019 at 11:00 AM or

as soon thereafter as the parties may be heard why and Order should not be issued pursuant to

Rule 69 for a writ of execution against the landing rights, currency, airplanes and any and all

other assets located at John F. Kennedy Airport that are owned by the Aerolineas Argentina and

turning over such assets to the Plaintiff to the extent is satisfies Plaintiffs' judgment against the

Republic of Argentina;

AND IT IS FURTHER ORDERED, >

That, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Republic of

Argentina, Aerolineas Argentina or any of their subsidiaries, agents, employees, officers,

political appointees or elected or other officials or any other person may not transfer or remove

in any way any airplanes, funds or currency, or other assets owned by Aerolineas Argentina

currently in the jurisdiction of the Eastern District of New York from the jurisdiction of the

Eastern District of New York;

**AND IT IS FURTHER ORDERED.**

That a copy of this Order together with all papers and things upon which it is granted, be

personally served upon the Republic of Argentina, Aerolineas Argentina, and the Port Authority

of New York and New Jersey on or before _September 25, 2019_,

and that such service be deemed good and sufficient.

Dated: Brooklyn, NY
     September 19, 2019   *at 12;58*

                             s/Margo K. Brodie
                             United States District Judge