**LAW OFFICES OF SAUL ROFFE, ESQ., P.C.**
52 HOMESTEAD CIRCLE
MARLBORO, NEW JERSEY 07746
(732) 616-1304

Licensed in New York and New Jersey

saulroffe@roffelaw.com

October 2, 2019

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Coletta v. Republic of Argentina 19 Misc. 2013**

Dear Judge Brodie,

    Your Honor, on September 19, 2019, issued an Order to Show Cause in the above-mentioned action. Included in that Order was an order that service be effectuated by September 25. However, due to reasons that, frankly, are not entirely clear to me, the process server never effectuated service in a timely manner, despite being provided the documents and addresses on September 20. Currently, the Republic has been served and, after retaining a different process server, Aerolineas Argentina has been served as of today.

    I have been in contact with the attorneys for the Republic and, presumably, Aerolineas Argentina, and we have agreed to adjourn the hearing until a motion concerning the judgment the subject of this Order is decided. They also requested that I agree to move the motion to the Southern District of New York and I did not agree to such request, in large part because the Southern District of New York does not have jurisdiction over the assets or Aerolineas Argentina, which is located in Queens, New York, whereas this Court does.

Sincerely,

Saul Roffe

C:Carmine Boccuzzi, Esq.,
Cleary Gottlieb Steen & Hamilton