# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:19−mc−02013−MKB

Colella et al v. Republic of Argentina  
Assigned to: Judge Margo K. Brodie  
Cause: 00:0000

Date Filed: 08/05/2019  
Date Terminated: 10/09/2019

**Plaintiff**

**Michele Colella**     represented by     **Saul Roffe**
Law Offices of Saul Roffe, ESQ.
52 Homestead Circle
Marlboro, NJ 07746
732−616−1304
Fax: 732−490−5964
Email: saulroffe@roffelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Dussault**     represented by     **Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Republic of Argentina**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2019 | 1 | REGISTRATION of Foreign Judgment., filed by Michele Colella, Denise Dussault. (Bowens, Priscilla) (Entered: 08/07/2019) |
| 08/05/2019 |   | FILING FEE: $ 47, receipt number 4653142361 (Bowens, Priscilla) (Entered: 08/07/2019) |
| 08/05/2019 |   | Civil Case Terminated. (Bowens, Priscilla) (Entered: 08/07/2019) |
| 09/19/2019 |   | Case Reassigned to Judge Margo K. Brodie. Judge DJ Unassigned no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Lee, Tiffeny) (Entered: 09/19/2019) |
| 09/19/2019 | 2 | MOTION for Order to Show Cause , MOTION for Temporary Restraining Order by Michele Colella, Denise Dussault. (Attachments: # 1 Proposed Order to Show Cause, # 2 Certification of Michelle Colella, # 3 Certification of Saul) (Piper, Francine) (Entered: 09/19/2019) |
| 09/19/2019 | 3 | ORDER TO SHOW CAUSE. It is ordered that the Republic of Argentina Show Cause on 10/2/2019 11:00 AM in Courtroom 6F North before Judge Margo K. Brodie. A copy of this Order together with |

| | | |
|---|---|---|
| | | all papers and things upon which it is granted, be personally served upon the Republic of Argentina, Aerolineas Argentina on or before September 25, 2019 and that such service be deemed good and sufficient. Ordered by Judge Margo K. Brodie on 9/19/2019. (Piper, Francine) (Entered: 09/19/2019) |
| 09/19/2019 | Ï | MINUTE ENTRY: Hearing on 2 Motion for Temporary Restraining Order was held before Judge Margo K. Brodie on September 19, 2019. Saul Roffe appeared on behalf of plaintiffs. For the reasons stated on the record, the Court denied the motion for a TRO. The Court ordered defendants to show cause on October 2, 2019 at 11:00 AM in Courtroom 6F North why the Court should not order a writ of execution against defendants' landing rights, currency, airplanes and other assets located at John F. Kennedy Airport and order such assets turned over to plaintiffs to satisfy the judgment against defendants. The Court ordered that a copy of the Order and the papers upon which it was granted be served on defendants on or before September 25, 2019. (Court Reporter Rivka Teich.)(Schindler, Emma) (Entered: 09/19/2019) |
| 09/24/2019 | Ï 4 | Letter *to Hon. Margo K. Brodie from Carmine D. Boccuzzi, dated September 24, 2019, re: Plaintiffs' Order to Show Cause (cc: Hon. Loretta A. Preska, SDNY)* by Republic of Argentina (Attachments: # 1 Exhibit A – Fiorentino Declaration, dated July 18,2019) (Boccuzzi, Carmine) (Entered: 09/24/2019) |
| 09/25/2019 | Ï | ORDER TO SHOW CAUSE: In light of Defendant's 4 Letter re: Plaintiffs' Order to Show Cause, the Court orders Plaintiffs to show cause, in writing, on or before September 30, 2019, why this matter should not be transferred to the Hon. Loretta A. Preska in the Southern District of New York. The return date of the Court's September 19, 2019 3 Order to Show Cause, previously scheduled for October 2, 2019, is adjourned sine die. Ordered by Judge Margo K. Brodie on 9/25/2019. (Schindler, Emma) (Entered: 09/25/2019) |
| 10/02/2019 | Ï 5 | Letter by Michele Colella, Denise Dussault (Roffe, Saul) (Entered: 10/02/2019) |
| 10/02/2019 | Ï | ORDER re 5 Letter by Michele Colella, Denise Dussault. By Order dated September 25, 2019, the Court ordered plaintiffs to show cause, on or before September 30, 2019, why this matter should not be transferred to the Hon. Loretta A. Preska in the Southern District of New York, and adjourned the October 2, 2019 hearing sine die. Plaintiffs shall file their response to the Court's September 30, 2019 Order on or before October 9, 2019. Ordered by Judge Margo K. Brodie on 10/2/2019. (Schindler, Emma) (Entered: 10/02/2019) |
| 10/09/2019 | Ï 6 | Letter *reply* by Michele Colella, Denise Dussault (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit) (Roffe, Saul) (Entered: 10/09/2019) |
| 10/09/2019 | Ï | ORDER re 4 Letter re: Plaintiffs' Order to Show Cause. The Court grants Defendant's application to transfer the matter to the Southern District of New York in light of the pending litigation in that district, currently before the Honorable Loretta A. Preska. The Court respectfully directs the Clerk of Court to transfer this action to the United States District Court for the Southern District of New York. Ordered by Judge Margo K. Brodie on 10/9/2019. (Schindler, Emma) (Entered: 10/09/2019) |
| 10/09/2019 | Ï | Case transferred to the Southern District of New York Via ECF **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Piper, Francine) (Entered: 10/09/2019) |