UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELE COLELLA and DENISE DUSSAULT,

               Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

               Defendant.

---

[PROPOSED] ORDER OF DISMISSAL

19-mc-497 (LAP)

    WHEREAS, on May 31, 2006, the Court entered a judgment in favor of plaintiffs Michele Colella and Denise Dussault and against the Republic of Argentina (the "Republic"), *Colella v. Republic of Argentina*, No. 04-cv-2710, ECF No. 23 (the "Judgment");

    WHEREAS, on August 5, 2019, plaintiffs initiated the above-captioned action seeking to enforce the Judgment;

    WHEREAS, on September 6, 2019, the Republic filed a motion to vacate the Judgment *inter alia* for plaintiffs' fraud on the Court, *Colella v. Republic of Argentina*, No. 04-cv-2710, ECF No. 88, (the "Motion");

    WHEREAS, on August 13, 2020, the Court granted the Motion and vacated the Judgment, *Colella v. Republic of Argentina*, No. 04-cv-2710, ECF No. 96;

    WHEREAS, plaintiffs appealed and on December 14, 2021, the U.S. Court of Appeals for the Second Circuit affirmed the Court's vacatur of the Judgment, *Colella v. Republic of Argentina*, No. 20-3031-CV, 2021 WL 5895783 (2d Cir. Dec. 14, 2021).

    NOW, THEREFORE, the above-captioned case is hereby dismissed with prejudice and without costs.

SO ORDERED:

*/s/ Loretta A. Preska*
Hon. Loretta A. Preska
Dated: January 10, 2022